## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARD MAKAU KAYIJI | \| |
| 3506 Caledonia Circle | \| |
| Woodbridge, VA. 22192 | \| |
| Plaintiff | \| |
| VS | \| |
| MURIEL  BOWSER | \| |
| Washington D.C. Mayor | \| |
| John A. Wilson Building | \| |
| 1360 Pennsylvania Avenue, NW. | \| |
| Washington, DC. 20004 | \| |
| And | \| |
| STEPHANIE MILLER | \| |
| United States Attorney | \| |
| District of Columbia | |
| 555 4th Street N.W. | |
| Washington, D.C. 20530 | \| |
| And | \| |
| JOSEPH   OH  J.D. | \| |
| Senior Detective (D-1) retired | \| |
| Metropolitan Police Department | \| |
| Financial Crimes and Fraud Unit | \| |
| 300 Indiana Ave. NW. Room 3127 | \| |
| Washington, DC. 20001 | \| |

Case: 1:17-cv-00959      **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 5/18/2017
Description: Pro Se Gen. Civ.      **(F-DECK)**

RECEIVED

MAY 1 8 2017

Clerk, U.S. District and
Bankruptcy Courts

And                                            |

MICHAEL J. MILOCHIK(Detective)                 |

Metropolitan Police Department                 |

Financial and Cyber Crimes Unit                |

300 Indiana Avenue, NW.                         |

Washington, DC 20001                           |

And                                            |

LISA  ARCHIE-MILLS                             |

FOIA Specialist                                |

Metropolitan Police Department                 |

300 Indiana Avenue, NW. Rm 4153                |

Washington, DC. 20001                          |

And                                            |

MELINDA BOLLING , the Director                 |

DC Dept of Consumer & Regulatory Affairs       |

1100 4Th Street, SW.                           |

Washington, DC. 20024                          |

       Defendants            |

                 |

## COMPLAINT AND PRAYER FOR DECLARATORY AND COMPENSATORY RELIEF

**(A)-This is an action brought under :** Title 42 U.S. Code §1983 and other federal civil rights laws for the redress of violations of these rights

1} The First Amendment of the Bill of Rights "...*the right of the people  ... to petition the Government for a redress of grievances.*"

2

2} The Fourth Amendment of the U.S. Constitution which provides, for "[t]he right of the people to be secure in their persons..."

3} The Fourteenth Amendment of the U.S. Constitution which provides , "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

(B)-Additionally Plaintiff brings this action under  D.C. code  § 22–3227.08. Police reports., and other violations of rights secured under local statutes  such as  listed below

4} Harboring and rendering services to a criminal: "The statute provides as follows: "A person is guilty of hindering prosecution in the first degree when he renders criminal assistance to a person who has committed a class A felony, knowing or believing that such person has engaged in conduct constituting a class A felony."

5} Pursuant to DC Code - § 22–2405. False statements.  : (a) A person commits the offense of making false statements if that person willfully makes a false statement that is in fact material, in writing, directly or indirectly, to any instrumentality of the District of Columbia government, under circumstances in which the statement could reasonably be expected to be relied upon as true; provided, that the writing indicates that the making of a false statement is punishable by criminal penalties or if that person makes an affirmation by signing an entity filing or other document under Title 29 of the District of Columbia Official Code, knowing that the facts stated in the filing are not true in any material respect or if that person makes an affirmation by signing a declaration under § 1-1061.13, knowing that the facts stated in the filing are not true in any material respect."

6} Also pursuant to  The District of Columbia Freedom of Information Act, or FOIA, DC Official Code §§ 2-531 et seq which states "All public bodies are required to respond to an FOIA request within 15 working days (that is, excluding Saturdays, Sundays and legal public holidays). The response period begins on the date the request is actually received by the FOIA Officer of the public body that maintains the records you are requesting. Public bodies may extend the time for a response by an additional 10 working days (again, excluding Saturdays, Sundays and legal public holidays) for unusual circumstances, as defined by DC Official Code § 2-532(d

### JURISDICTION AND VENUE

1. Plaintiff files this lawsuit under section 1983 of the U.S. Code: Civil action for deprivation of rights

3

2. This Court has Jurisdiction pursuant to the following Statutes:

a. 28 U.S.C. § 1331 : US Code , which gives district courts original jurisdiction over civil actions arising under the Constitution, laws or treaties of the United States;

b. 28 U.S. Code § 1343 , **(a)** The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

**(1)**To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

**(2)** To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

**(3)** To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

c. 28 U.S. Code § 1367 , which gives the district court supplemental jurisdiction over state law claims.

### VENUE

3. Venue is appropriate in this judicial district under 28 U.S.C § 1391(b) because the events that are material and/or subject in this civil action occurred in this district.

### PARTIES

Plaintiff, Bernard Makau Kayiji, is a U.S. Citizen employed in the healthcare industry and a resident of Virginia. Plaintiff has never applied for nor obtained any Business License from the District of Columbia Government and yet the hardships i.e. "emotional, financial, professional and social" all endured by Plaintiff since 2007, stem from criminal and fraudulent contractual activities, misrepresentations, impersonation, forgery of documents and outright identity theft, all crimes that are prosecuted criminally in the District of Columbia but so far the District Government refuses to do but instead continues to extend all the constitutional rights, privileges and protection under law to the individual capable of committing such crimes in the name of conducting his business.

The Defendants are Muriel Bowser, current Mayor of Washington who presides over and is answerable for the Government of the District of Columbia; Each of the below mentioned officials acted **under color** of the statute, ordinance, regulation, custom, or usage, of the District of Columbia, willfully causing to be subjected, the Plaintiff who is a citizen of the United States, to the deprivation of my rights, privileges, or immunities The names are the following : Stephanie Miller, US Attorney for the District of Columbia; Melinda Bolling, Director of DC Department of Consumer and Regulatory Affairs; and the following officials from the Metropolitan Police Department, namely: Detectives Joseph OH and Michael Milochik, and FOIA Specialist Lisa Archi— Mills.

### GENERAL ALLEGATIONS

4

A. The Plaintiff hereby states the following:-This is an action for monetary, declaratory and equitable relief as a result of the D.C. Government's deprivation and violations of my First, Fourth and, Fourteenth Amendment Rights to the U.S. Constitution. This action also involves violations of due process and other illegal acts by the defendants acting under color of D.C. law. These acts are prosecuted criminally under D.C. CODE § 22–2405, and also § 22–3227.08. Police reports.

B. The defendant is also guilty of violating D.C. CODE§ 22–722. (2) B. Prohibited acts; by withholding truthful testimony or a record and/or document which is the subject of an official proceeding.

C. Plaintiff also states that even with the notice of claim letter submitted to the D.C. Government spelling out all the aforementioned actions /violations on the part of the defendants as well as also alleging a POLICE COVER-UP, the response was a total denial of responsibility and a summary refusal to compensate plaintiff. One unjust wrongful deed is one too many and prosecuted under law; what more four , namely: 1st: violations of my rights, 2nd: falsifying documents in order to cover-up,3rd:denial of any responsibility ; and 4th: refusal to pay-up for damages . Plaintiff is left with no recourse but to seek justice in District court.

D. Pursuant to D.C CODE § 22–3227.08. Police reports. The Metropolitan Police Department shall make a report of each complaint of identity theft and provide the complainant with a copy of the report. I never received any report from the Police Department. The current report I received from the Police department is a FALSIFYED Document.

## STATEMENT OF FACTS

On 12/23/2013, Plaintiff reported the crimes of identity theft and fraud to the Metropolitan Police Department and was given a case # CCN#13-183361. Case was assigned to Detective Joseph Oh in the Financial and Cyber Crimes Unit.

1)-Based on my knowledge as the complainant, Detective Joseph Oh never met with me in person; He never asked for nor did he ever receive documents to support the complaints I reported; He did not conduct an investigation and per D.C Law, MOST importantly, He never sent me the report as required under law. Nothing was written because nothing was done, this is the fact.

2)-Detective Joseph Oh later in January 2014, informed Plaintiff that the U.S. Attorney refused to take my case and advised that I take the suspect to Civil Court. Detective Joseph Oh gave no explanation as to why U.S. Attorney refused my case but simply suggested to me that per his advice, taking the suspect to civil court would be advantageous to me as I would be able to get some financial compensation as opposed to Criminal court where the suspect simply gets imprisoned. I am pressing the following charges against Detective Joseph Oh1) Deceipt by false pretence, 2) Gross negligence and 3) Obstruction of justice.

3)- There is a signature in this FALSE report with the words "Declined and, Filed Civil Suit with the Date of 01-30-14". The signature is that of U.S. Attorney Stephanie Miller. Fact is, U.S. Attorneys make decisions relying upon investigation reports produced by police. I SUBMIT that the page

bearing Ms. Miller's signature is a BLANK PAGE and secondly, Ms. Miller also FABRICATED a fact in this case which is that Civil lawsuit was already filed. A FALSIIFICATION, period. Ms. Miller willfully made a false statement that is in fact material and that which could reasonably be expected to be relied upon as true, a false statement punishable by criminal penalties under Title 29 of the District of Columbia Official Code. I am pressing charges of 1)-Abrogation of duty, 2)-aiding and abetting falsehood, 3)-Fabricating false facts, 4)-abuse of power 5)-obstruction of justice, 6)-her decision to refuse my case yet summarily sign a non-report was discriminatory.

4)-On or about 03/23/2016(not sure of exact date), Plaintiff met with Detective Thomas Stein at Police Headquarters to find out the reason why case CCN#13-183361 was SUMMARILY closed with no investigations ever conducted. Plaintiff brought a letter addressed to Detective Thomas Stein. I WILL submit it as part of the documentary evidence if requested. The letter contained all the accusations of acts of crimes committed and the charges I was pressing against the suspect. Plaintiff informed Detective Stein that the case now must and/or can be prosecuted under the DOCTRINE OF ONGOING OFFENCES, on these following grounds: First, Suspect obtained money from Plaintiff by deceitful method and was refusing to return it back. Secondly under this doctrine, the companies involved in these interstate frauds placed their entries in my credit report and two of the four companies obtained default judgments against Plaintiff. Third, one company garnished my Bank account and is currently garnishing my payroll wages. Plaintiff also informed Detective Stein that my father is currently laid in a temporary grave awaiting me to go and perform my duties under our custom as the first-born child of the deceased. I am unable to bury my father in a proper way as all my financial resources have been depleted in my effort to obtain equitable justice against suspect and his accomplices. Fourth, Plaintiff informed Detective Stein that suspect hired an attorney who has advised him to file for bankruptcy. This also falls under the doctrine of ongoing offences in that suspect listed Plaintiff in his bankruptcy filing as his creditor. The victim of suspect's crimes being referred to as "creditor". After the interview, Detective Stein told Plaintiff not to have any further interaction with suspect regarding these matters but report to him. I also informed Detective Stein that there is proof that the suspect and these companies in question were engaged in private negotiations regarding the reduction of payment. Fact is, these companies are garnishing Plaintiff the full amount of the default judgment of about $349,000.00. The final words Detective Stein told the Plaintiff were that he would return to the U.S. Attorney and present these current findings/facts.

On April 7th 2016 or about this date, I returned to Police HQ as I had promised Detective Stein to drop off the last two documents. It is on this day that Detective Stein introduced me to Detective Michael Milochik and said Detective Milochik has been assigned to handle my case from now on. The treatment or lack thereof I received from Detective Milochik during my interview with him was abhorrent. Just as soon as I began talking, he asked me to take off my glasses. Then just as I mentioned my case, Detective Milochik cut me in between my sentence and said that case had been closed. My reply to Detective Milochik was if indeed my case was closed, none of my allegations were properly investigated and that was the reason I returned to Police HQ to bring all the documents to Detective Stein and to press charges against Raymond. A little further into the

6

interview, Detective Milochik kept interrupting me and telling me I showed up without notice and that I was wasting his time because I found him in the middle of doing something. I reminded him that my appointment was with Detective Stein. The point of contention came when I said there was no investigation done when I reported my case. I told Detective Milochik that the Detective who was assigned to my case never interviewed me in person, and most importantly never received any documents form me.  At this point Detective Milochik went to fetch the file and I could sense that the interview wasn't going anywhere. Thus, I clasped my hands together and tried to reason with Detective Milochik but he would've none of it. Finally he opened up and said, I quote, "you could sit there and pray all you want, you aren't going to change the outcome." The Interview was over. He directed me to file a FOIA request for the investigation report that detective Joseph Oh had filed and he gave me his card and promised to call me the following week with an update. He did not.

On or about April 21 2016, I called Detective Milochik for an update and on this day on the phone Detective Milochik denigrated me by calling my suffering a game; quote "I am not going to play these games with you. Your case is closed" and he further added that he wasn't going to arrest anyone, period.  I reminded him that my life that Raymond has held hostage is not a game and to this day I have continued my follow up with Detective Thomas Stein. Fact is if case was indeed closed, why would Detective Milochik willfully and intentionally add his names to the report in a case that was already closed? I AM pressing charges of: 1)-POLICE COVER-UP against detective Milochik , 2)- FALSIFICATION of material facts in a Police report, 3)-Police misconduct and/or intimidation.

On April 22nd 2016, I filed my FOIA request The request I made was for the Investigation Report written and filed by Detective Joseph Oh. I specified the time period between the dates of December 23, 2013 and January 30, 2014, regarding my case that was supposedly "closed".

On May 13th, 2016; on the 15th day that I was supposed to have received the report, Officer Archie-Mills Lisa emailed me and said she will extend the time because she was going on vacation; not because she needed to do more research or request for more information from different departments as required under law, a clear violation of my right to receive the report in 15 days.

On August 4th, 2016, 74 days after filing my request, I finally received the report containing 23 pages made up of 14 pages titled "OFFENSE REPORT" and 9 pages titled "Case Summary Report" I AM pressing charges of: 1)- DELAYING JUSTICE which is regarded as denying justice, 2)- being accomplice to report a FALSIFIED REPORT and, 3)-Police  INTIMIDATION  Officer Archie-Mills Lisa willingly typed her email and intentionally attached the FALSIFIED report  and send it to me

In so far as the D.C. Department of Consumer and Regulatory Affairs is concerned, Plaintiff personally presented the false Letter of Incorporation used by Raymond to fraudulently liaise Plaintiff to his business to the clerk in that office. Upon close verification of Raymond's Files, the clerk discovered that 1)- Raymond had double signatures that are different in his names and the clerk flagged it as a possible fraud and 2)-clerk printed the original Letter of Incorporation that did not contain the names of Plaintiff. Being Plaintiff's intent. Plaintiff filed a verbal complaint and demanded that the appropriate measures be taken by authorities and that the complaint be included in Raymond's records. Filed an online complaint also. The date was probably in May or June of 2014.

It is true and factual that to date, Raymond still maintains his Business License in the District of Columbia and conducts his trade in plain view. Regardless of whether Raymond obtained his license fraudulently Raymond has managed to renew it for reasons only the Dept. of Regulatory and

7

Consumer Affairs must explain. Plaintiff therefore is pressing these charges of : 1)-rendering services to a criminal that directly perpetuates the crimes 2)-gross negligence in the performance of their duty; and 3)-Failure to adequately investigate a reported fraud complaint . These charges are against the Director Melinda Bolling and her department.

## CLAIMS FOR RELIEF

Plaintiff has suffered tremendous harm arising from Defendants' violations of law, Federal as well as D.C. statutes. Two common and pertinent legal and factual questions demanding answers are:

a) Whether Plaintiff is entitled to recover compensatory, statutory and declaratory damages as a result of Defendants' illegal conducts
b) Whether Plaintiff is entitled to an award of reasonable attorneys' fees, pre-judgment interest, and costs of this suit.

Without any malice on the part of Plaintiff, I submit my claims based on the following violations. Under color of law, Defendants deprived Plaintiff of his Federal constitutional rights by refusing to provide equal justice, equal protection and due process of law. The charges apply wholly and fully against the District of Columbia Government and individuals so listed above as Defendants in so as agents who acted on behalf of their employer.

### Count I

Violation of 1st Amendment: the right of the people to petition the Government for a redress of grievances.

### Count II

Violation of 4th Amendment: the right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated.

### Count III

Violation of 14th Amendment: All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Count IV

Harboring and rendering services to a criminal: hiding of a criminal suspect or fugitive of justice to prevent the criminal suspect from being found and captured except in this case the criminal is in plain view of the Government/Defendants but Defendant refuses to comply with the laws.

### Count V

Fabricating false statements: Defendants willfully made these false statements that are in fact material, in writing and submitted them as being true.

## Count VI

Deceit by false pretense by an officer of law, gross negligence, and obstruction of justice. Detective Joseph Oh.

## Count VII

Falsification of facts, abrogation of duty, aiding and abetting falsehoods, abuse of power, obstruction of justice and discriminatory practice in the performance of her duties. U.S. Attorney Stephanie Miller.

## Count VIII

Police cover-up, falsification of material facts in an investigation report and police misconduct/intimidation. Detective Michael Milochik.

## Count IX

Delaying justice by violating the law, being accomplice to produce a police report with falsified facts and, intimidation. Officer Archie-Mills Lisa

## Count X

Rendering services to a criminal, gross negligence in the performance of their duty and, failure to adequately investigate a reported fraud complaint. Melinda Bolling in her capacity as Director of DCCRA.

## PRAYER FOR RELIEF

Plaintiff requests that this court enter judgment against Defendants, providing the following relief

(a) Compensatory and actual damages because of Defendants illegal actions causing injury to Plaintiff. Punitive damages because of Defendants reckless indifference and criminal acts, and attorney's fees and costs in an amount not to exceed $40 million U.S. Dollars and such other relief the Court may deem just and proper.

(b) An order placing Plaintiff in the position the he would have been had there been no violation of his rights.

(c) Such other and further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff respectfully demands a jury trial on all issues so triable.

Dated: 05/14/2017

Respectfully submitted

Bernard Makau Kayiji

3506 Caledonis Circle

Woodbridge, VA. 22192

Tel: (571) 398-7632

Email: Bernili35@yahoo.com

Plaintiff, Pro Se